IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KONG PHENG VUE,

           Plaintiff,          JUDGMENT IN A CIVIL CASE

                                    11-cv-713-bbc

v.

LA CROSSE COUNTY COURTHOUSE and
LA CROSSE POLICE DEPARTMENT,

           Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment entered denying plaintiff Kong Pheng Vue leave to proceed on all claims and dismissing this case without prejudice.

_____          12/15/11
Peter Oppeneer, Clerk of Court                    Date